[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11786

Non-Argument Calendar

_____

VIJAY KOTHAPALLI,

Plaintiff-Appellee,

*versus*

NICOLE BORDEN,

Defendant-Appellant,

ALL OTHERS,

Defendants.

_____

2                    Opinion of the Court                    24-11786

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:24-cv-00105-RWS

_____

Before JORDAN, JILL PYROR, and NEWSOM, Circuit Judges.

PER CURIAM:

Vijay Kothapalli's motion to dismiss this appeal for lack of jurisdiction is GRANTED, and this appeal is DISMISSED. Nicole Borden, proceeding *pro se*, appeals from the district court's order remanding the case to state court. We lack jurisdiction to review the remand order because it was based on the district court's lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001).

Kothapalli's motion for sanctions is DENIED and all other pending motions are DENIED as MOOT.